No. 5398. HEMPHILL *v.* MOYNAHAN. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to United States Court of Appeals for the Sixth Circuit for further consideration in light of *Price* v. *Georgia,* 398 U. S. 323.

No. 1385, October Term, 1969. HUTCHERSON ET AL. *v.* LEHTIN ET AL., 399 U. S. 522. Petition for rehearing granted and order of June 29, 1970, vacated. Judgment recalled and a new judgment entered vacating the judgment of the United States District Court for the Northern District of California and case remanded to that court so that it may enter a fresh order dismissing the complaint, thus affording appellants an opportunity to take a timely appeal to the United States Court of Appeals for the Ninth Circuit.

No. 256. FIRST MERCANTILE CONSUMER DISCOUNT Co. *v.* STEFANELLI ET AL. Treating the petition for rehearing as a motion to amend the order of this Court dated October 12, 1970 [*ante,* p. 808], motion granted. Order amended to read, "The appeal is dismissed for want of a final judgment."

No. 30. UNITED STATES *v.* HARRIS. C. A. 6th Cir. [Certiorari granted, 397 U. S. 905.] Motion of Americans for Effective Law Enforcement, Inc., for leave to file a brief as *amicus curiae* granted.